UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JOANNA BROOKS

           **Plaintiff,**

    v.                                          Case No. 20-cv-35

SHERMAN PHOENIX LLC,
SHERMAN PHOENIX I LLC,
JOANNE SABIR,
    and
JULI KAUFMANN

           **Defendants.**

## ORDER APPROVING SETTLEMENT

On January 20, 201, the Parties filed a Joint Motion for Court Approval of Settlement and requesting that the Court administratively close this matter until all settlement payments are made and dismissal with prejudice and without costs to either party may be sought.

Based on the materials filed with the Court seeking approval of the Settlement Agreement, **IT IS HEREBY ORDERED**:

1.    The Parties' Settlement Agreement is **APPROVED** as a fair and reasonable resolution of bona fide disputes arising out of the FLSA and Wisconsin wage and hour laws.

2. The Parties must **COMPLY** with the terms of the Settlement Agreement, including that Defendants must make the following payments as provided by the Settlement Agreement:

| PAYMENT DATE | AMOUNT |
|---|---|
| Within 14 days of the date of this Order | $4,666.67 |
| No later 90 days after the date of this Order | $4,666.67 |
| No later than 180 days after the date of this Order | $4,666.66 |

3. This matter is **ADMINISTRATIVELY CLOSED** until such time that Plaintiff notifies the Court that all payments have been made by Defendants in accordance with the Settlement Agreement, at which point, this matter will be dismissed with prejudice and without further costs to any Party.

Dated this ____ day of _____, 2021.

BY THE COURT:

_____
Pamela Pepper, Chief Judge
United States District Court